# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**ROY DINGMAN, ON HIS OWN BEHALF**
**AND OTHERS SIMILARLY SITUATED,**

                    **Plaintiffs,**

**-vs-**                                           **Case No. 6:11-cv-1722-Orl-28KRS**

**GEM INDUSTRIES, INC., ANN**
**JEANETTE MINER,**

                      **Defendants.**

_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT:**

      This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **NOTICE OF VOLUNTARY DISMISSAL (Doc. No. 15)**
>
> **FILED:**      **March 29, 2012**

      Plaintiff filed a complaint against Defendants alleging violation of the overtime compensation provisions of the Fair Labor Standards Act (FLSA), 29 U.S.C. § 216(b). A default was entered against each Defendant on December 13, 2011. Thereafter, the Court issued an order to show cause why the case should not be dismissed for failure of prosecution. Doc. No. 14. In response, counsel for Plaintiff filed the above-referenced notice of voluntary dismissal with prejudice.

Under Federal Rule of Civil Procedure 41 (a)(1)(A), a party may dismiss a case without a court order by filing a notice of dismissal before the opposing party serves an answer or a motion for summary judgment. Rule 41(a)(1)(B) states that unless the notice states otherwise, the dismissal is without prejudice. In this case, Plaintiff seeks to dismiss the case with prejudice. However, because final resolution of claims under the FLSA require a fairness finding pursuant to *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982), it appears that a voluntary dismissal with prejudice is not appropriate.

Therefore, I **respectfully recommend** that the Voluntary Notice of Dismissal be **granted in part**, that the Court **dismiss the case without prejudice**, and that the Court **direct** the Clerk of Court to close the file.

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on May 18, 2012.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy