**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**ROY DINGMAN,  ON HIS OWN BEHALF**
**AND OTHERS SIMILARLY SITUATED,**

                **Plaintiffs,**

**-vs-**                                                        **Case No.  6:11-cv-1722-Orl-28KRS**

**GEM INDUSTRIES, INC.,  ANN**
**JEANETTE MINER,**

                **Defendants.**
_____

## ORDER

      This case is before the Court on Plaintiff's Notice of Voluntary Dismissal (Doc. No. 15) filed March 29, 2012.  The United States Magistrate Judge has submitted a report recommending that the motion be granted in part.

      After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.  Therefore, it is **ORDERED** as follows:

      1.    That the Report and Recommendation filed May 18, 2012 (Doc. No. 16) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

      2.    The Notice of Voluntary Dismissal is **GRANTED in part**.

      3.    This case is dismissed without prejudice.

      4.    The Clerk of the Court is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___7th___ day of June, 2012.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

JOHN ANTOON II
United States District Judge